**Randall T. MCARTY, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction; Ray Hobbs, Deputy Director, Arkansas Department of Correction; M.D. Reed, Warden, Cummins Unit, ADC; J. Hipple, Assistant Warden, Cummins Unit, ADC; L. Herring, Lt., Cummins Unit, ADC; W. Ashcraft, Sgt., Cummins Unit, ADC, Appellees.**

No. 01–2900.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 30, 2001.

Decided Dec. 3, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arkansas inmate Randall T. McArty appeals the district court's * denial of McArty's motion for a preliminary injunction in his 42 U.S.C. § 1983 action against Arkansas correction staff. Having carefully reviewed the record and the parties' briefs, we conclude the district court did not abuse its discretion or suffer any misconception preventing a genuine application of its discretion to all facets of the case. *See Dakota Indus., Inc. v. Dakota Sportswear, Inc.,* 988 F.2d 61, 63 (8th Cir.1993). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.